IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN RICHMOND; and <br> COMMONWEALTH SECOND AMENDMENT, INC <br>     Plaintiffs <br> <br> v. <br> <br> MICHAEL PERAINO, Chief of the Town of Hingham <br> Department of Police; <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. 15-cv-10933 <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION IN OPPOSITION TO
## DEFENDANT PERAINO'S MOTION TO DISMISS

Now Come the Plaintiffs, Steven Richmond and Commonwealth Second Amendment, Inc., by and through undersigned counsel, and moves this Honorable Court to Deny Defendant's Motion to Dismiss.

The motion is made based upon the attached Memorandum in Opposition to Defendant's Motion to Dismiss and any other relevant matter to be considered by the Court.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request Oral Argument on the Plaintiff's Motion to Dismiss.

                                              THE PLAINTIFFS,
                                              Steven Richmond and Commonwealth Second
                                              Amendment, Inc.,
                                              By their Attorney,

                                               _/s/ Jeffrey T. Scrimo_
                                              Jeffrey T. Scrimo
                                              Lynch Scrimo─Attorneys
                                              PO Box 1787
                                              68 Main St., 2nd Floor
                                              Lenox, MA 01240

BBO# 649864
(P) 413-637-1300
(F) 866-230-7304
Jeff@LenoxAttorney.com

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and served via email on this April 14, 2015.

    */s/ Jeffrey T. Scrimo*