UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
STEVEN RICHMOND and                        )
COMMONWEALTH SECOND                        )
AMENDMENT, INC.,                           )
                                           )
                Plaintiffs,                )
                                           )
v.                                         )        Civil Action No. 15-10933-LTS
                                           )
MICHAEL PERAINO,                           )
Chief of the Town of Hingham               )
Department of Police,                      )
                                           )
                Defendant.                 )
_____)

CERTIFICATION TO THE ATTORNEY GENERAL OF THE COMMONWEALTH

June 24, 2015

SOROKIN, J.

        Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the Court

hereby certifies that the Plaintiffs' Complaint and Motion for a Preliminary Injunction in the

above-captioned matter draw into question the constitutionality of Massachusetts General Laws

chapter 140, sections 131 and 131A.

        The Clerk is directed to serve this certification on the Attorney General of the

Commonwealth of Massachusetts by mailing copies to the Honorable Maura Healy, Attorney

General of the Commonwealth of Massachusetts, One Ashburton Place, Boston, Massachusetts,

02108-1518 and to the Chief of the Government Bureau, Office of the Attorney General, One

Ashburton Place, Boston, Massachusetts, 02108-1518.


                                    ____/s/ Leo T. Sorokin_____
                                    Leo T. Sorokin
                                    United States District Judge