UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN RICHMOND and <br> COMMONWEALTH SECOND <br> AMENDMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PERAINO, <br> Chief of the Hingham Department <br> of Police, <br><br> Defendant. | Civil Action No. 15-10933-LTS |

ORDER

August 10, 2015

SOROKIN, J.

Unless any party shows good cause, the Court intends to treat the resolution of the motion for a preliminary injunction as a resolution of this action on the merits. Any party objecting to the Court proceeding in this fashion shall, within ten days, make a filing with the Court describing their objection, the specific further discovery or proceedings they believe to be necessary, and the reasons why any such discovery or proceeding is necessary.

SO ORDERED.

　/s/ Leo T. Sorokin　
Leo T. Sorokin
United States District Judge