# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN RICHMOND; and <br> COMMONWEALTH SECOND AMENDMENT, INC <br>     Plaintiffs <br><br> v. <br><br> MICHAEL PERAINO, Chief of the Town of Hingham <br> Department of Police; <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. 15-cv-10933 <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF RICHMOND'S MOTION FOR
## ATTORNEY'S FEES, EXPENSES, AND COSTS

Now Comes Plaintiff, Steven Richmond, and pursuant to 42 U.S.C. § 1988, 42 U.S.C. § 1983, and Federal Rule of Civil Procedure 54(d), hereby moves for his attorney's fees, expenses and costs in this action. In support of this Motion, Plaintiff refers this Honorable Court to the attached Plaintiff's Memorandum of Points and Authorities in Support Of Plaintiff Richmond's Motion For Attorney's Fees, Expenses, And Costs.

                                              Plaintiff, By His Attorney,
                                              */s/ Jeffrey T. Scrimo*
                                              Jeffrey T. Scrimo
                                              Lynch Scrimo—Attorneys
                                              PO Box 1787
                                              Lenox, MA 01240
                                              BBO# 649864
                                              Jeff@LenoxAttorney.com