EXHIBIT B

**LYNCH SCRIMO-ATTORNEYS**
**PO Box 1787**
**68 Main St.**
**Lenox, MA 01240**

September 30, 2015
Invoice Number: 1304

Steven Richmond

| Date | Matter | Description | Hours | Total |
|------|--------|-------------|-------|-------|
| | | Previous Balance | | $0.00 |
| 1/6/2015 | Richmond | phone and email contact w Richmond re his LTC issue & Wesson case | 0.93 | $233.33 |
| 1/15/2015 | richmond | contact Richmond, review crim history, research FL drug law history | 4.46 | $1,114.51 |
| 1/23/2015 | Richmond | phone & email Richmond, prep LTC application w/Wesson parameters | 2.97 | $743.47 |
| 1/30/2015 | Richmond | email and phone re LTC application process and submission | 0.44 | $110.90 |
| 2/20/2015 | Richmond | Consult w Richm about options after denial of LTC app, review denial | 0.86 | $215.42 |
| 3/11/2015 | Richmond | Rsch 2A state cases post Wesson, rvw Wesson opinion, prep complaint | 5.08 | $1,270.21 |
| 3/12/2015 | Richmond | Rsch 2A cases around fed circuits, prep complaint | 3.32 | $830.00 |
| 3/15/2015 | Richmond | Research fed cases/rule re Prelim Injunction in constitutional cases | 7.19 | $1,796.81 |
| 3/16/2015 | Richmond | Research language for prelim injunction, draft PI Motion & Memo | 6.49 | $1,621.67 |
| 3/17/2015 | Richmond | filing fee cost | | $400.00 |
| 3/17/2015 | Richmond | finalize docs to be filed, review w client, file | 3.52 | $879.17 |
| 3/18/2015 | Richmond | Prep summons and service packs, send to Def&AG office, email AG | 1.50 | $375.90 |
| 3/18/2015 | Richmond | usps certified letter cost Complaint to AG | | $7.82 |
| 3/27/2015 | Richmond | file Return of Service | 0.43 | $107.01 |
| 3/30/2015 | Richmond | service cost to sheriff | | $50.10 |
| 4/13/2015 | Richmond | Review Def's motions, rsch arguments & statute, draft opposition memo | 4.82 | $1,205.49 |
| 4/14/2015 | Richmond | finalize opposition, review w client, file with Court | 2.77 | $691.74 |
| 5/10/2015 | Richmond | correspond w client re state/federal rights pending decision | 0.62 | $154.17 |
| 6/22/2015 | Richmond | review order from court re service to AG, file response per order | 1.08 | $271.25 |
| 8/28/2015 | Richmond | Review response filed by AG, discuss with client, consider response | 0.88 | $220.97 |
| 9/11/2015 | Richmond | review judge's opinion, discuss w client, disscuss procedure for LTC | 0.79 | $196.67 |
| 9/30/2015 | Richmond | Prepare & file Motion for costs per 1983 | 1.58 | $395.83 |
| | | Amount Due | 49.73 | $12,892.44 |